# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CORY BRYAN NELSON, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-20-1290-F |
| JUDY HELM, et al., | ) |
| Defendants. | ) |

## ORDER

The Report and Recommendation of February 2, 2021 (the Report, doc. no. 7) recommends dismissal of this action without prejudice, for plaintiff's failure to comply with the magistrate judge's orders regarding submission of his motion to proceed in forma pauperis. Those orders directed plaintiff to cure deficiencies on or before January 27, 2021. Plaintiff was provided with the necessary form and was further advised that failure to comply would result in a recommendation of dismissal with prejudice. After no response was received by the plaintiff, the magistrate judge entered his Report, recommending dismissal without prejudice. The Report advised plaintiff that any objection to the Report was due by February 19, 2021. To date, no objection or response has been received from the plaintiff.[1] Plaintiff also has not cured the deficiencies identified by the magistrate judge or paid the filing fee.

With no objection having been received, the Report, after review, is **ACCEPTED**, **ADOPTED** and **APPROVED**. In accordance with the Report, this

---

[1] The Report was mailed to plaintiff at his record address on February 2, 2021. On February 12, 2021, that mailing was returned as undeliverable. Doc. no. 8.

action is **DISMISSED**, without prejudice, for failure to comply with the court's orders.

    IT IS SO ORDERED this 22nd day of February, 2021.

                                                    STEPHEN P. FRIOT
                                                   UNITED STATES DISTRICT JUDGE

20-1290p001.docx